**DAVID A. TORRES AND ASSOCIATES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
MIGUEL ANTONIO RUIZ JARAMILLO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF,<br><br>MIGUEL ANTONIO RUIZ JARAMILLO<br>DEFENDANT. | Case No.: 13-CR-0059LJO-SKO<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE; ORDER**<br><br>DATE: May 20, 2013<br>Time: 1:00 p.m.<br>Courtroom 8<br>HONORABLE BARBARA MCAULIFFE |

Defendant, MIGUEL ANTONIO RUIZ JARAMILLO, hereby waives his appearance in person in open court upon the status conference hearing set for Monday, May 20, 2013 at 1:00 p.m. in Courtroom Seven of the above entitled court. Defendant hereby requests the court to proceed in his absence and agrees that her interests will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: May 17, 2013                                        /s/ Miguel Antonio Ruiz Jaramillo
                                                          MIGUEL ANTONIO RUIZ JARAMILLO

## ORDER

Good cause appearing.

**IT IS HEREBY ORDERED** that defendant MIGUEL ANTONIO RUIZ JARAMILLO is hereby excused from appearing at this court hearing scheduled for May 20, 2013 at 1:00 p.m.

IT IS SO ORDERED.

Dated: May 20, 2013            /s/ **Barbara A. McAuliffe**
                               UNITED STATES MAGISTRATE JUDGE