**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

Attorney for:
MIGUEL JARAMILLO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MIGUEL ANTONIO RUIZ JARAMILLO,<br><br>　　　　Defendant | Case No.: Case No. 1:13-CR-00059 LJO SKO<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA K. OBERTO AND GRANT RABENN, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MIGUEL JARAMILLO, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Status Conference currently set for Monday, July 15, 2015 be continued to Monday, August 5, 2013.

I have been in communication with AUSA Grant Rabben and he has informed our office that he is currently in trial. In addition, Mr. Grant and I have been engaged in plea negotiations and are working toward a disposition of this matter. It is my understanding that AUSA Grant Rabenn has no objection to continuing the Status Conference to August 5, 2013, or a date convenient to the court and counsel.

//

Summary of Pleading - 1

**The defendant is willing to continue excluding time through the next court appearance and that the ends of justice in the exclusion outweigh defendant's speedy trial rights.**

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(8)(A) and 3161 (h)(8)(B)(1).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 7/11/2013 */s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
MIGEUL JARAMILLO

DATED: 7/11/2013 */s/Grant Rabben*
GRANT RABENN
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the Status Conference hearing be continued to August 5, 2013.

IT IS SO ORDERED.

Dated: **July 12, 2013**                **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE